UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

EVAN PETROS,

    Plaintiff,

Case No. 12-14975

v.

HONORABLE DENISE PAGE HOOD

US 23 DRIVE IN THEATER, INC.,

    Defendant.

_____/

## JUDGMENT

This action having come before the Court and the Court having issued an order granting Plaintiff's Motion for Default Judgment this date,

Accordingly,

Judgment is entered in favor of Plaintiff Evan Petros and against Defendant US 23 Drive In Theater, Inc.

                                  DAVID J. WEAVER
                                  CLERK OF COURT

Approved:                         By: LaShawn Saulsberry
                                        Deputy Clerk

s/Denise Page Hood
DENISE PAGE HOOD
United States District Judge

DATED: July 31, 2013

Detroit, Michigan