# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

EVAN PETROS,

    Plaintiff,

                                    Case No. 12-14975

v.

                                    HONORABLE DENISE PAGE HOOD

US 23 DRIVE IN THEATER, INC.,

    Defendant.

_____/

## **JUDGMENT**

This action having come before the Court and the Court having issued an order granting Plaintiff's Motion for Default Judgment this date,

Accordingly,

Judgment is entered in favor of Plaintiff Evan Petros and against Defendant US 23 Drive In Theater, Inc.

                                                                DAVID J. WEAVER
                                                                CLERK OF COURT

Approved:                                        By: <u>LaShawn Saulsberry</u>
                                                                       Deputy Clerk

<u>s/Denise Page Hood</u>
DENISE PAGE HOOD
United States District Judge

DATED: July 31, 2013

Detroit, Michigan